USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCS CAPITAL MANAGEMENT LLC, et al.,

Plaintiffs,

-v-

BRAD PARSONS, et al.,

Defendants.

26-cv-10100 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has reviewed the letters from the parties regarding a briefing schedule for Plaintiffs SCS Capital Management LLC and Focus Financial Partners, LLC ("Plaintiffs")'s motion for remand. *See* Dkt. No. 3. The Court also recognizes that Plaintiffs filed an application for a temporary restraining order in New York state court prior to removal. *See* Dkt. No. 4 at 1. The Court is prepared to consider the issues of remand and a temporary restraining order at the same time. "Because motions pending in state court at the time of removal survive removal," they may be addressed by a federal court where removal is proper. *See GC Int'l Ltd. v. Ver*, 2025 WL 81319, at *1 (S.D.N.Y. Jan. 13, 2025) (quoting *Doe v. United Servs. Life Ins. Co.*, 123 F.R.D. 437, 438 (S.D.N.Y. 1988)); *see also Town of Stratford v. City of Bridgeport*, 2010 WL 11566477, at *6 (D. Conn. June 18, 2010) (ruling on a preliminary injunction motion originally filed in state court); *Wilmington Tr., Nat'l Ass'n as Tr. for MFRA Tr. 2014-1 v. Irvine*, 2026 WL 2938871, at *3 (D. Conn. Sept. 30, 2026) (ruling on sanctions motions originally filed in state court). Defendants shall therefore respond to the motion for remand and the motion for a temporary restraining order by November 23, 2026, at 5:00 p.m. Plaintiffs shall file any reply by

November 24, 2026, at 5:00 p.m. Plaintiffs shall also file a copy of their motion for a temporary restraining order on the docket in this Court.

SO ORDERED.

Dated: November 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge